**Order entered February 13, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00968-CV

### IN THE INTEREST OF H.K.D. AND J.R.D., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-15411**

## ORDER

Before the Court is appellee's February 12, 2019 motion for an extension of time to file a

brief.  We **GRANT** the motion and extend the time to **March 18, 2019**.


/s/     ERIN A. NOWELL
JUSTICE